IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER FRANKLIN**                                                                 **PLAINTIFF**

v.                              Case No. 2:25-cv-00133-KGB

**CHRISTOPHER MORLEDGE**, *et al.*                                              **DEFENDANTS**

## ORDER

Before the Court is defendants' unopposed motion to extend time to file a reply in support of their motion to dismiss (Dkt. No. 13). Plaintiff filed an amended complaint on August 13, 2025 (Dkt. No. 8). Defendants Christopher Morledge and Todd Murray filed a motion to dismiss and supporting brief on August 27, 2025 (Dkt. Nos. 10, 11). On September 11, 2025, plaintiff filed opposition to the motion to dismiss (Dkt. No. 12). Counsel for defendants represents that due to a busy litigation schedule, a one week extension of time is required to file a reply in support of the motion to dismiss (Dkt. No. 13). Defendants represent that counsel for defendants and plaintiff have conferred and that plaintiff's counsel does not object to the request. For good cause shown, the Court grants the parties' joint motion to extend time (*Id*.). The deadline to file a reply in support of the motion to dismiss is September 24, 2025.

It is so ordered this 18th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge