**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHRISTOPHER FRANKLIN** **PLAINTIFF**

**v.** **Case No. 2:25-cv-00133-KGB**

**CHRISTOPHER MORLEDGE, *et al.*** **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this date by the Court, it is hereby considered, ordered, and adjudged that plaintiff Christopher Franklin's complaint and amended complaint are dismissed consistent with the terms of the Court's Order (Dkt. Nos. 1; 8). The relief requested is denied.

It is so adjudged this 31st day of March, 2026.

Kristine G. Baker
Chief United States District Judge